1074

No. 622. MAXWELL *v.* BISHOP, PENITENTIARY SUPERINTENDENT. C. A. 8th Cir. [Certiorari granted, *ante,* p. 997.] Motion of the State of California to remove case from summary calendar granted. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Robert R. Granucci,* Deputy Attorney General, on the motion.

No. 663. TRAYNOR ET AL., DEPUTY COMMISSIONERS *v.* JOHNSON ET AL. C. A. 4th Cir. [Certiorari granted, *ante,* p. 976.] Request of petitioners for additional time for oral argument granted and 20 additional minutes allotted for that purpose. Respondents likewise allotted 20 additional minutes for oral argument.

No. 894. WEITZEN ET AL. *v.* HEIT ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 269, Misc. IN RE DISBARMENT OF ROTHBARD. It having been reported to the Court that Sol Rothbard of Washington, District of Columbia, has been disbarred from the practice of law by the United States Court of Appeals for the District of Columbia Circuit, duly entered on the 18th day of April, 1968, and this Court by order of May 20, 1968 [391 U. S. 911], having suspended the said Sol Rothbard from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent, and that the time within which to file a return to the rule has expired;

IT IS ORDERED that the said Sol Rothbard be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.